## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JD DAVIS,

     Plaintiff,

v.                            Case No: 8:22-cv-1207-CEH-AEP

EQUIFAX INFORMATION
SERVICES LLC,

     Defendant.

_____/

## O R D E R

     This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on July 21, 2022, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 14). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

     ACCORDINGLY, it is now **ORDERED:**

1.     This action is dismissed, with prejudice.

2.     The Clerk is directed to close this case.

     **DONE AND ORDERED** in Tampa, Florida on September 19, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**<u>COPIES TO</u>**:
Counsel of Record and Unrepresented Parties, if any